

# United States District Court
## Eastern District of California

Erin Ashley Sauls

Plaintiff(s)

Case Number: 2:25-cv-00048-DAD-AC

V.

Computershare, Inc.

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jason N.W. Plowman hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Defendant Computershare, Inc.

On _____08/15/2023_____ (date), I was admitted to practice and presently in good standing in the _____Utah Supreme Court_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Case No. 2:24-cv-03164; Erin Ashley Sauls v. Computershare Inc. Date of PHV application 02/03/25 and the Application has not yet been ruled upon .

Date:_____02/03/2025_____    Signature of Applicant: /s/ Jason N.W. Plowman

**Pro Hac Vice Attorney**

Applicant's Name: Jason N.W. Plowman

Law Firm Name: Ogletree Deakins Nash Smoak & Stewart, PC

Address: 15 W. South Temple, Suite 950

City: Salt Lake City    State: UT    Zip: 84101

Phone Number w/Area Code: (801) 658-6085

City and State of Residence: Holladay, Utah

Primary E-mail Address: jason.plowman@ogletree.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: George J. Theofanis

Law Firm Name: Ogletree Deakins Nash Smoak & Stewart, PC

Address: 400 Capital Mall, Suite 2800

City: Sacramento    State: CA    Zip: 95814

Phone Number w/Area Code: (916) 840-3150    Bar # 324037

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 6, 2025

*Dale A. Drozd*

JUDGE, U.S. DISTRICT COURT